IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| EDWARD THOMAS AGUIRRE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:23-CV-00097-C |
| | § | |
| WARDEN, ROY K. ROBB MEN'S CORRECTIONAL FACILITY, | § | |
| | § | |
| Respondent. | § | |

## JUDGMENT

For the reasons stated in the Court's order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is dismissed without prejudice.

Dated March 7, 2024.

SAM R. CUMMINGS
Senior United States District Judge